**Continuing Abatement Order filed February 12, 2019**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-18-00489-CV**

_____

**MICHAEL VAN DEELEN, Appellant**

**V.**

**TEXAS WORKFORCE COMMISSION AND SPRING INDEPENDENT SCHOOL DISTRICT, Appellees**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-14697**

---

## CONTINUING ABATEMENT ORDER

The reporter's record in this case was due July 12, 2018. *See* Tex. R. App. P. 35.1. The record was not filed. On 17, 2018, this court ordered the court reporter to file the record within 15 days. This court then learned that the court reporter responsible for the record in this case was recovering from a major surgery and has been unable to resume work. On August 14, 2018, we issued an order abating this appeal and directing the court reporter, or her representative, to a file a letter on the

first of every month to keep the court updated regarding her ability to resume work. We further ordered the court reporter to file the reporter's record with the clerk of this court within 30 days of the court reporter's ability to resume work.

The court reporter has not kept this court informed of her ability to resume work. We order the court reporter or her representative to file a letter with this court on or before **March 1, 2019** regarding her ability to resume work. The reporter's record will be due within 30 days of the court reporter's ability to resume work.


PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.